■ In the Matter of VIOLA SOMMER, Doing Business as ETE Co., Respondent, v NEW YORK CITY CONCILIATION AND APPEALS BOARD, Appellant. — Appeal from judgment, Supreme Court, New York County (Seymour Schwartz, J.), entered on October 30, 1982, unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Ross, Carro, Silverman and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORRAINE BAKER, Also Known as TINY BAKER, Appellant. — Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on June 23, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Murphy, P. J., Ross, Carro, Silverman and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY MILLINE, Appellant. — Judgment, Supreme Court, Bronx County (Maurice W. Grey, J.), rendered on January 14, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Sandler, Asch, Bloom and Alexander, JJ.